UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.B.Q.V. *ex rel.* MARIA BLANCA VIMOS RIVERA,
Petitioner,

-v-

LORRAINE M. SÁNCHEZ, *et al.*,
Respondents.

26-CV-2276 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 19, 2026, Petitioner S.B.Q.V.,[1] through next friend Maria Blanca Vimos Rivera, filed a Petition for the writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.) On March 27, 2026, Respondents informed the Court that S.B.Q.V. had been released from custody to Vimos Rivera. (ECF No. 11.) Petitioner then filed a letter asking the Court not to dismiss the action as moot. (ECF No. 12.) Respondents filed a response (ECF No. 13), and Petitioner filed a reply in further support (ECF No. 14).

Substantially for the reasons stated in Respondents' papers, the petition is rendered moot by S.B.Q.V.'s release from government custody, and Petitioner has not demonstrated that an exception to mootness applies in this case. *See, e.g.*, *Pierrilus v. U.S. Immigr. & Customs Enf't*, 293 F. App'x 78, 79 (2d Cir. 2008) (summary order) ("[P]etitioner's challenge to the length of his detention is moot as a result of his release from DHS custody.").

[1] The caption for this case lists Petitioner's initials as "S.V.B.Q.," but the correct initials are "S.B.Q.V." (*See* ECF No. 1 at 1.) The caption also lists Respondent Lorraine M. Sánchez's name as "Lorraine M. Snchez." The Clerk of Court is directed to amend Petitioner's name in the case caption from "S.V.B.Q." to "S.B.Q.V" and to amend Respondent's surname from "Snchez" to "Sánchez."

Accordingly, the petition is DISMISSED as moot without prejudice to Petitioner's ability to seek habeas relief from the appropriate court should he be re-detained.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: August 12, 2026
New York, New York

J. PAUL OETKEN
United States District Judge