UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.B.Q.V. *EX REL.* MARIA BLANCA VIMOS RIVERA,

Petitioner,

-against-

LORRAINE M. SÁNCHEZ, ET AL.,

Respondents.

26 CIVIL 02276 (JPO)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated August 12, 2026, the petition is DISMISSED as moot without prejudice to Petitioner's ability to seek habeas relief from the appropriate court should he be re-detained; accordingly, the case is closed.

**Dated:** New York, New York
August 14, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**